# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BAILEY FABRIZI,

   Plaintiff,

v.     Case No: 8:23-cv-360-WFJ-SPF

EQUIFAX INFORMATION SERVICES LLC and LANIER COLLECTION AGENCY AND SERVICE, INC.,

   Defendants.

_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 18)** that the above-styled action has been settled as to Defendant Equifax Information Services, LLC ("Equifax") only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Equifax and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Equifax only.

**DONE** and **ORDERED** in Tampa, Florida on July 20, 2023.

                                                    s/*William F. Jung*
                                                    **WILLIAM F. JUNG**
                                                    **UNITED STATES DISTRICT JUDGE**

**<u>COPIES FURNISHED TO</u>**:
Counsel of Record